United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART,

Plaintiff,

v.

NATIONAL GENERAL INSURANCE, et al.,

Defendants.

Case No. 26-cv-05505-TSH

**ORDER TO SHOW CAUSE**

Plaintiff Eugene Hart has filed more than 50 cases in this District, many of which have been dismissed for failure to prosecute. *See Hart v. Lewis*, No. 26-4731-RFL, ECF No. 9 (N.D. Cal. Jul. 9, 2026). As a result, Plaintiff has been ordered to show cause why he should not be declared a vexatious litigant. *Id*.

Plaintiff initiated this lawsuit by filing a complaint (ECF No. 1) and application to proceed in forma pauperis (ECF No. 2). On June 11, 2026, the Court granted the application but found the complaint deficient under 28 U.S.C. § 1915(e). As such, the Court directed Plaintiff to file a first amended complaint by July 10, 2026. ECF No. 4. The Court advised Plaintiff that failure to do so could lead to dismissal of this case. *Id.* Plaintiff has failed to respond.

The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders). Accordingly, the Court **ORDERS** Plaintiff Eugene Hart to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by July 31, 2026. Notice is hereby provided that failure to file a written response

will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed. Thus, it is imperative the Court receive a written response by the deadline above.

The Court again encourages Plaintiff to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982. At the Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case. The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: July 17, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California